

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00647-CV

In the Interest of **J.D.H.** and D.M.D.C., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01776
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED February 6, 2019.

_____
Irene Rios, Justice